IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN R. VICK,
    Petitioner,

vs.                                 Case No.:  3:04cv161/RV/EMT

FLORIDA PAROLE COMMISSION,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 13, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 9) is **DISMISSED** as moot.

**DONE AND ORDERED** this 12th day of October, 2005.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **UNITED STATES SENIOR JUDGE**